IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC R. HAYES,

    Defendant.

8:97CV151

ORDER

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 DEC 20 PM 2:29

OFFICE OF THE CLERK

Upon reading the plaintiff's Petition for Supplemental Proceedings, and it appearing therefrom that this is a proper case for the appearance of Eric R. Hayes.

IT IS ORDERED that Eric R. Hayes appear in Magistrate Courtroom #6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Second Floor, Omaha, Nebraska on February 13, 2019 at 9:30 a.m., and answer questions concerning his/her assets, income, expenditures, personal and real property, and credits, before the Honorable Michael D. Nelson, United States Magistrate Judge and/or Douglas R. Semisch, Assistant United States Attorney, and bring with him/her a completed and signed copy of the attached, financial statement and all items listed on Attachment A.

Provided that a copy of this ORDER be served upon the above-named defendant, Eric R. Hayes, on or before January 16, 2019.

Dated this 20th day of December, 2018.

Michael D. Nelson
United States Magistrate Judge

# ATTACHMENT A

1) Earning statements from your most recent paychecks.

2) Business records for the present year and past calendar year which reflect assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which you, or your spouse, own any interest.

3) Current bank statements for the past 12 months from all banks or other financial institutions, where any sole proprietorship, partnership, or corporation in which you, or your spouse, own any interest, has an account of any kind.

4) Current bank statements for the past 12 months from all banks, or other institutions, where you, or your spouse, have an account of any kind.

5) All trust agreements in which you, or your spouse, are named trustor, trustee or beneficiary.

6) All deeds, leases, contracts, and other documents representing any ownership interest you, or your spouse, have in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

7) All stocks, bonds, or other securities of any class you may own, by you separately or jointly with others, including options to purchase any securities.

8) Titles to all motor vehicles owned by you or your spouse.

9) All life insurance policies in which you are either the insured or the beneficiary.

10) All promissory notes held by you, and all other documents evidencing any money owed to you either now or in the future.

11) All financial statements furnished by you within the past five years.

12) All deeds, bills of sale, or other documents prepared in connection with any transfer made by you, either by gift, sale, or otherwise within the last five years.

13) A schedule of all regular expenses paid by you, such as installment debts, food, utilities, etc. Include the amount paid, the payee, and, if an installment debt, the amount of debt owing and any security pledged.

14) All documents evidencing any interest you have in any pension plan, retirement fund, or profit-sharing plan.

15) All records pertaining to your assets and finances.

16) Copies of income tax returns for the past three years.

17) All records of any unincorporated business of which you are an owner or part-owner, or have been an owner within the past three year.



U.S. Department of Justice
*Financial Statement of Debtor*
(Submitted for Government Action on
Claims Due the United States)
**NOTE:** Use additional sheets where space on this
form is insufficient or continue on back of last page.

---

### FINANCIAL STATEMENT OF DEBTOR

Authority for the solicitation of the requested information is one or more of the following: 5 U.S.C. 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. 501, et seq.; 31 U.S.C. 951, et seq.; 44 CFR 3101; 4 CFR 101, et seq.; 28 CFR 0.160, 0.171 and Appendix to Subpart Y. Fed R.Civ.P. 33(a), 28 U.S.C. 1651, 3201 et seq.

The principal purpose for gathering this information is to evaluate your ability to pay the Government claim or judgment against you. Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register: Justice/CIV-001 at page 53321; Justice/TAX-001 at page 15347; Justice/USA-00 at pages 53408-53410, Justice/CRIM-016 at page 12774. If the requested information is not furnished, the U.S. Department of Justice has the right to such disclosure of the information by legal methods.

---

**Section 1**
**Personal**
**Information**

1. Full Name(s) _____
   _____
   Street Address: _____
   City _____ State ____ Zip ____

   County of Residence: _____
   How long at this address? _____

3. Your Social Security Number _____

4. Your Date of Birth _____

5. ☐ Own Home  ☐ Rent  ☐ Other (specify, i.e. share rent, live with relative) _____

1a. Home Telephone: (   ) _____
1b. Cellular Number: (   ) _____
2. Marital Status:
   ☐ Married   ☐ Separated
   ☐ Not Married (single, divorced, widowed)

2a. Spouse's Name _____

2b. Spouse's Date of Birth _____

6. List the dependants you can claim on your tax return

| First Name | Relationship | Age | Does this person live with you? | |
|---|---|---|---|---|
| _____ | _____ | ____ | ☐ Yes | ☐ No |
| _____ | _____ | ____ | ☐ Yes | ☐ No |
| _____ | _____ | ____ | ☐ Yes | ☐ No |

---

**Section 2**
**Employment**
**Information**

7. Your employer _____
   Street Address _____
   City _____ State ____ Zip ____
   Work telephone No. (   ) _____
   7a. How long with this employer? _____
   7b. Occupation (title) _____

8. Spouse's employer _____
   Street Address _____
   City _____ State ____ Zip ____
   Work telephone No. (   ) _____
   8a. How long with this employer? _____
   8b. Occupation (title) _____

★★★★★ **ATTACHMENTS REQUIRED:** Please provide proof of gross earnings and deductions for the past 3 months from each employer (i.e. pay stubs, earning statements).

---

**Section 3**
**Your**
**Business**
**Information**

9. Are you or your spouse self-employed or operate a business? (Check "Yes" if either applies)
   ☐ Yes   ☐ No   If yes, provide the following information:
   9a. Name of Business _____   9c. Employer Identification No. _____
   9b. Street Address _____
   City _____ State ____ Zip ____ Telephone (   ) _____

★★★★★ **ATTACHMENTS REQUIRED:** Please provide proof of self-employment income for the prior 3 months (i.e. invoices, commissions, tax returns, sales records, income statement)

| Section 4<br>Other<br>Income<br>Information | 10. Do you receive income from sources other than your employer and/or own business (Check all that apply)<br><br>☐ Pension ☐ Social Security ☐ Other (specify, i.e. child support, alimony, rental property)<br>_____ |

★★★★★ **ATTACHMENTS REQUIRED**: Please provide proof of pension/social security/other income for the past 3 months from each payor, including any statements showing deductions.

---

**Section 5**
Banking,
Investment,
Cash, Credit
and Life Ins.
Information

**11. CHECKING ACCOUNTS.** List all checking accounts

| | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 11a. | Checking | Name_____<br>Address_____<br>City_____ State____ Zip____ | _____ | $_____ |
| 11b. | Checking | Name_____<br>Address_____<br>City_____ State____ Zip____ | _____ | $_____ |

**12. OTHER ACCOUNTS.** List all other accounts including savings, brokerage and money market, not listed in 11.

| | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 12a. | _____ | Name_____<br>Address_____<br>City_____ State____ Zip____ | _____ | $_____ |
| 12b. | _____ | Name_____<br>Address_____<br>City_____ State____ Zip____ | _____ | $_____ |

★★★★★ **ATTACHMENTS REQUIRED**. Please include your current bank/financial statements for the **past 3 months** for all accounts.

---

**13. INVESTMENTS.** List all investment assets below. Include stocks, bonds, mutual funds, stock options, certificates of deposits and retirement assets such as IRAs, Keogh and 401(k) plans.

| | Name of Company | Number of Shares | Current Value |
|---|---|---|---|
| 13a. | _____ | _____ | $_____ |
| 13b. | _____ | _____ | $_____ |
| 13c. | _____ | _____ | $_____ |

**14. CASH ON HAND.** Include any money that you have that is not in the bank.

14a. Total Cash on Hand $_____

**15. CREDIT DEBT.** List all lines of credit, including credit cards and signature loans.
(Attach a separate sheet if you need more space.)

| 15a. Full name of Credit Institution | Credit Limit | Current Balance | Minimum Monthly Payment |
|---|---|---|---|
| Name_____<br>Address_____<br>City_____ State____ Zip____ | $_____ | $_____ | $_____ |

**Section 5** (continued)

15b. <u>Full name of Credit Institution</u>     <u>Credit Limit</u>    <u>Current Balance</u>    <u>Minimum Monthly Payment</u>
Name _____ $ _____ $ _____ $ _____
Address _____
City _____ State _____ Zip _____

15c. <u>Full name of Credit Institution</u>     <u>Credit Limit</u>    <u>Current Balance</u>    <u>Minimum Monthly Payment</u>
Name _____ $ _____ $ _____ $ _____
Address _____
City _____ State _____ Zip _____

**16. LIFE INSURANCE.**
Do you have life insurance with a cash value? ☐ Yes ☐ No (Term Life Insurance does not have a cash value)
16a. Name of Insurance Company _____
16b. Policy Number(s) _____
16c. Owner of Policy _____
16d. Current Cash Value $ _____
16e. Outstanding Loan Balance (if applicable) $ _____

**Section 6**
Other

**17. OTHER INFORMATION.** Respond to the following questions related to your financial condition:
    (Attach a separate sheet if you need more space.)
17a. Do you have a safe deposit box? ☐ Yes ☐ No
    If yes, please include the name and address of location of box, the box number and the contents below:
_____
_____

17b. Do you have a will? ☐ Yes ☐ No; if yes, where is it kept? _____
17c. Are there any garnishments against your wages ☐ Yes ☐ No If yes, who is the creditor? _____
_____ Date of Judgment _____ Amount of Debt $ _____
17d. Are there any judgments against you? ☐ Yes ☐ No If yes, who is the creditor/plaintiff? _____
_____ Date of Judgment _____ Amount of Debt $ _____
17e. Are you a party to a lawsuit? ☐ Yes ☐ No If yes, amount of suit $ _____
Possible completion date _____ Court _____
Subject of suit _____
17f. Have you ever filed bankruptcy? ☐ Yes ☐ No
If yes, date filed _____ Date discharged _____
17g. In the past 10 years have you transferred any assets out of your name for less than their actual value?
☐ Yes ☐ No If yes, what asset(s)? _____ Value of asset at time of transfer $ _____
When was it transferred? _____ To whom was it transferred? _____
17h. Do you anticipate any increase in household income in the next 2 years? ☐ Yes ☐ No
If yes, why will the income increase? _____ How much will it increase? _____
17i. Are you a beneficiary of a trust or an estate? ☐ Yes ☐ No If yes, name of trust/estate? _____
If yes, anticipated amount to be received? $ _____ When will amount be received? _____
17j. Are you a participant in a profit sharing plan? ☐ Yes ☐ No
If yes, name of plan? _____ Value of plan $ _____

Name _____ SSN _____ Page 4

**Section 7**
Assets and Liabilities

**18. PURCHASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc. (if you need additional space, attach a separate sheet.)

| Description (year, make, model) | *Current Value | Current Loan Balance | Name of Lender | Purchase Date | Monthly Payments |
|---|---|---|---|---|---|
| 18a. _____ | $_____ | $_____ | _____ | _____ | $_____ |
| 18b. _____ | $_____ | $_____ | _____ | _____ | $_____ |

*Current Value is the amount you could sell the asset for today

**19. LEASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc. (if you need additional space, attach a separate sheet.)

| Description (year, make, model) | Current Lease Balance | Name of Lender | Lease Date | Monthly Payments |
|---|---|---|---|---|
| 19a. _____ | $_____ | _____ | _____ | $_____ |
| 19b. _____ | $_____ | _____ | _____ | $_____ |

★★★★★ **ATTACHMENTS REQUIRED.** Please include your current statement from lender with monthly vehicle payment and current balance of the loan for each vehicle purchased or leased.

**20. REAL ESTATE.** List all real estate you own. (If you need additional space, attach a separate sheet.)

| Lender/Lien Holder Street Address, City State, Zip | Actual Property Street Address, City State, Zip | Date Purchased | Purchase Price | Current Balance | Monthly Payment |
|---|---|---|---|---|---|
| 20a. _____ | _____ | _____ | $_____ | $_____ | $_____ |
| 20b. _____ | _____ | _____ | $_____ | $_____ | $_____ |

**21. PERSONAL ASSETS.** List all personal assets below. (If you need additional space, attach a separate sheet.)
*Line 21a. Furniture/Personal effects* includes the total current market value of your household such as furniture and appliances.
*Line 21b. Other* includes all jewelry, artwork, antiques, collections and/or other assets not already listed on this statement.

| Description | Current Value | Loan Balance | Lender | Monthly Payment |
|---|---|---|---|---|
| 21a. Furniture/Personal Effects (see note above) | $_____ | $_____ | | $_____ |

21b. Other (see note above)

| Description | Current Value | Loan Balance | Lender | Monthly Payment |
|---|---|---|---|---|
| _____ | $_____ | $_____ | _____ | $_____ |
| _____ | $_____ | $_____ | _____ | $_____ |
| _____ | $_____ | $_____ | _____ | $_____ |
| _____ | $_____ | $_____ | _____ | $_____ |
| _____ | $_____ | $_____ | _____ | $_____ |
| _____ | $_____ | $_____ | _____ | $_____ |
| _____ | $_____ | $_____ | _____ | $_____ |
| _____ | $_____ | $_____ | _____ | $_____ |

Name_____ SSN_____ Page 5

## Section 7
Monthly Income and Expense

**NOTE:** Even if only one spouse has a debt, but both have income, list the total household income and expenses.

### TOTAL INCOME

| Source | Monthly |
|---|---|
| 22a. Gross Wages (you) | $_____ |
| 22b. Gross Wages (spouse) | $_____ |
| 22c. Interest/Dividends | $_____ |
| 22d. Net Business Income | $_____ |
| 22e. Net Rental Income | $_____ |
| 22f. Pension/Social Security (you) | $_____ |
| 22g. Pension/Social Security (spouse) | $_____ |
| 22h. Child Support | $_____ |
| 22i. Alimony | $_____ |
| 22j. Other | $_____ |

### DEDUCTIONS FROM WAGES
(including spouses)

| | Monthly |
|---|---|
| 24a. Taxes (Federal, State, FICA, etc.) | $_____ |
| 24b. Insurance | $_____ |
| 24c. Union Dues | $_____ |
| 24d. Other (specify) | |
| _____ | $_____ |
| _____ | $_____ |

### TOTAL LIVING EXPENSES

Expense Items (We generally do not allow you to claim tuition for private schools, college expenses, charitable donations, or voluntary retirement contributions.)

| Items | Actual Monthly |
|---|---|
| 23a. Rent/Mortgage | $_____ |
| 23b. Electric | $_____ |
| 23c. Natural Gas | $_____ |
| 23d. Cable TV | $_____ |
| 23e. Telephone | $_____ |
| 23f. Water | $_____ |
| 23g. Food | $_____ |
| 23h. Car Payment | $_____ |
| 23i. Gasoline | $_____ |
| 23j. Car Insurance | $_____ |
| 23k. Cell Phone/Pager | $_____ |
| 23l. Clothing & Misc. | $_____ |
| 23m. Court Ordered Payments | $_____ |
| 23n. Child Support | $_____ |
| 23o. Child/Dependant Care | $_____ |
| 23p. Life Insurance | $_____ |
| 23q. Other expenses (specify) | |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

★★★★★ **ATTACHMENTS REQUIRED**. Please include:
- A copy of your last Form 1040 with all schedules
- Proof of all current expenses that you paid for last 3 months, including utilities, rent, insurance, property taxes, etc.
- Copies of any court order requiring payment and proof of such payments for the last 3 months.
- Copies of any paperwork to support claims on lines 22j, 23q or 24d.

### PAYMENTS

PROPOSED MONTHLY PAYMENT IS: $_____ ON _____ DAY OF THE MONTH.

### CERTIFICATION

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true, correct and complete, and I further declare that I have no assets, owned either directly or indirectly or income of any nature other than as shown in this statement, including any attachment.

Signature _____ Social Security No. _____ Date _____

### WARNING

False statements are punishable up to five years imprisonment, a fine of $250,000 or both pursuant to 18 U.S.C. §1001.